## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ATLANTIC RECORDING CORPORATION, et al., | ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV545 |
| vs. | ) ) | ORDER |
| SUE HOCIJ, | ) ) ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Bryan S. Hatch of Stinson Morrison Hecker LLP, for leave to withdraw as counsel of record for plaintiffs. David V. Clark, of Lathrop & Gage LLC, has entered an appearance as substituted counsel of record.

**IT IS ORDERED** that the motion for leave to withdraw [10] is granted. The Clerk shall terminate the appearance of Bryan S. Hatch as plaintiffs' counsel.

**DATED April 3, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**