# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, et al., | ) ) ) |
| Plaintiffs, | ) 8:05-cv-00545-LSC-FG3 ) ) |
| vs. | ) ) |
| SUE HOCIJ, | ) ) |
| Defendant. | ) |

## ORDER GRANTING PLAINTIFF'S MOTION FOR A 60 DAY EXTENSION OF TIME TO EFFECTUATE SERVICE

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and for the reasons stated in the plaintiffs' motion [12],

**IT IS ORDERED:**

1. Plaintiffs' MOTION [12] FOR A 60 DAY EXTENSION OF TIME TO EFFECTUATE SERVICE is granted.

2. The deadline to effectuate service upon the defendant is **June 13, 2006**.

**DATED April 17, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**